# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

134802

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERRY ALLEN METCALF, JR.,
      Defendant-Appellant.

SC: 134802
COA: 277704
Wayne CC: 95-011960-FY

_____/

      On order of the Court, the application for leave to appeal the July 13, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

p0317